```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.

SHAMAR CAVINESS,
   a/k/a "Shawn,"

       Defendant.

**ORDER**

**22 Cr. 496 (VM)**

      WHEREAS, with defendant Shamar Caviness's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 16, 2022;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

      IT IS FURTHER ORDERED that the defendant's sentencing shall be held in Courtroom 15B on January 6, 2023 at 10:00 a.m.

Dated:    New York, New York

           September 20, 2022

_____
Victor Marrero
U.S.D.J.
SOUTHERN DISTRICT OF NEW YORK