

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

October 23, 2022

<u>VIA ECF</u>

The Honorable Victor Marrerro
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: U.S. v. Shamar Caviness, 22 Cr. 496 (VM)*

Dear Judge Marrero:

    I represent Shamar Caviness in the above-captioned matter. Mr. Caviness pled guilty and is scheduled to be sentenced on January 6, 2023. Probation and counsel have not been able to coordinate a Pre-Sentence Interview (PSI) at the MDC due to scheduling conflicts. Additionally, I am on trial and required to appear before the Honorable William F. Kuntz, II in *U.S. v. Brown et.al*, 120 Cr. 293 (WFK), U.S. District Court, Eastern District of New York, which commenced on October 17, 2022 and scheduled to continue for 4 - 6 weeks. We respectfully request an adjournment of sentencing to allow time for counsel to coordinate the PSI with Probation.

    Your Honor's kind consideration of this matter is greatly appreciated.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.



Request GRANTED. The sentencing of defendant Shamar Caviness, currently scheduled for January 6, 2023, is hereby adjourned until February 3, 2023 at 12:00 p.m.

SO ORDERED.

11/4/2022
DATE

VICTOR MARRERO, U.S.D.J.