USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

— against —

SHAMAR CAVINESS,

                Defendant.

**22 CR 496 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant in the above-captioned matter is currently scheduled to be sentenced on February 3, 2023. According to the Probation Office, defense counsel has been unresponsive to the Probation Office's request to schedule and conduct a Presentence Investigation Report interview. Defense counsel is hereby ordered to respond to the Probation Office in writing within three (3) days of the date of this Order.

**SO ORDERED.**

Dated:    5 January 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.